FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
OCT 03 2022
TAMMY H. DOWNS, CLERK
By: DEP CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS

JEFFREY FITZGERALD
Petitioner

v

WARDEN, FCI FORREST CITY LOW
AND, UNITED STATES OF AMERICA
Respondent

CIVIL ACTION NO: To Be Determined
CASE NO: 8:18-cr-186-T-23-TGW
2:22-cv-00182-BSM-JTK

## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS AND FOR APPOINTMENT OF COUNSEL

1. Jeffrey Fitzgerald, hereinafter "Petitioner" is currently in a Federal Correctional Institution located at Forrest City AR.

2. Simultaneously with the filing of this Motion, Petitioner has filed a 2241 Motion requesting this honorable Court order the Bureau of Prisons correctly calculate his First Step Act of 2018 Evidence Based Earned Time Credits, and apply said Credits to his current projected release date.

3. Petitioner has been confined in a Federal Prison since May 23, 2019

4. Petitioner is without assets and Petitioner has been represented by court appointed counsel throughout the disposition of the above noted case, pursuant to the Criminal Justice Act.

5. Petitioner is without the financial means to pay court costs, filing fee's, or legal counsel retention.

6. Because Petitioner is without funds sufficient to pay filing fee's, court costs, and retain legal counsel, Petitioner requests this court allow him to proceed In Forma Pauperis and to appoint him legal counsel, that the good and proper ends of justice may be reached.

WHEREFORE, Petitioner does request this Court allow him to proceed In Forma Pauperis and to appoint him legal counsel.

Respectfully submitted this 26th day of September, 2022.

Jeffrey Fitzgerald
Reg. No. 70376-018
Forrest City Federal Correctional Institution
P.O. Box 9000
Forrest City, AR 72336