# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**JEFFREY FITZGERALD**　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**Reg #70376-018**

v.　　　　　　　　　　**CASE NO. 2:22-CV-00182-BSM**

**USA** *et al*.　　　　　　　　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## ORDER

　　Having reviewed the record *de novo*, United States Magistrate Judge Jerome T. Kearney's recommended disposition [Doc. No. 4] is adopted and Jeffrey Fitzgerald's petition for habeas relief [Doc. No. 2] is dismissed without prejudice. A certificate of appealability is also denied.

　　IT IS SO ORDERED this 6th day of April, 2023.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE