IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JEFFREY FITZGERALD**  **PLAINTIFF**
**Reg #70376-018**

v.  CASE NO. 2:22-CV-00182-BSM

USA *et al*.  **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 6th day of April, 2023.

_____
UNITED STATES DISTRICT JUDGE